## EXHIBIT A

| Defendant Number | Defendant Name | Store ID: | Damage (in Dollars) |
|---|---|---|---|
| 2 | Minzhuozhsngjinfa | A1TLBWUGBNUMGD | $ 250.00 |
| 4 | TUKETENGES ZT | A1TLBWUGBNUMGD | $ 250.00 |
| 9 | BLEAME STORE | A2OJ9WYSQASSEI | $ 250.00 |
| 11 | BAMBOEARTH | A8F960CG7K6GG | $ 250.00 |
| 12 | Concy US | AL72FXRE5GHJ5 | $ 250.00 |
| 13 | GAME CHANGER STORE | A1009X135K6YVN | $ 250.00 |
| 14 | ANTAND | A1NI27KMA98XMM | $ 250.00 |
| 15 | dijital alışveriş salonu | A1GXB3TSD81UUV | $ 250.00 |
| 16 | Aoyosic Official | AS372U6K4NXGL | $ 250.00 |
| 17 | Yanpng | | $ 250.00 |
| 18 | CHENFANGUS | A3302YJVDHJZ6S | $ 250.00 |
| 19 | ZIZZON | A277J9Q6ZGX7UY | $ 250.00 |
| 21 | usgood | A2SNZVZEVO63MN | $ 250.00 |
| 22 | Amaxen | A2SNZVZEVO63MN | $ 250.00 |
| 23 | xuanzhiyuan | | $ 250.00 |
| 24 | BLZP-US | | $ 250.00 |
| 25 | yiliandesign | AAD9COE812SJY | $ 250.00 |
| 26 | motorpartners | | $ 250.00 |
| 27 | baikexing01 | | $ 250.00 |
| 28 | TheSiliconValley | | $ 250.00 |
| 29 | JEKYLL USA | | $ 250.00 |
| 30 | CALION | | $ 250.00 |
| 31 | Weavehouse LLC | 10001046200 | $ 250.00 |
| 32 | Shop Medical Supply | 3151 | $ 250.00 |
| 34 | Yanzihao Home Store | | $ 250.00 |
| 35 | YXVWKN | | $ 250.00 |
| 38 | VUEYAA | 101431607 | $ 250.00 |
| 39 | DONGXUAN Co.Ltd | | $ 250.00 |
| 41 | Queenti | 101191092 | $ 250.00 |
| 42 | DUNENG Co.Ltd | | $ 250.00 |
| 45 | Chenda Co., Ltd | 101174954 | $ 250.00 |
| 46 | Canze | 101184376 | $ 250.00 |
| 47 | Hund World | 101176580 | $ 250.00 |
| 48 | Raitver | 10032_1743673030755 | $ 250.00 |
| 50 | Wenwenmeili | | $ 250.00 |
| 51 | HO SING Product | | $ 250.00 |
| 52 | MissLily | | $ 250.00 |
| 54 | Flowers like clouds | 10032_1743673906570 | $ 250.00 |
| 55 | KUANGMING | 10032_1743673944104 | $ 250.00 |
| 56 | SYLR SYLR | | $ 250.00 |
| 57 | HarmonyHaven Skincare | 10032_1743674293707 | $ 250.00 |
| 58 | AIYOUBAIHUO | | $ 250.00 |
| 59 | cooyk | 10032_1743674397039 | $ 250.00 |
| 60 | WEILORI | | $ 250.00 |
| 61 | Tknicok | | $ 250.00 |
| 62 | Bijitao | 10009_1728747239013 | $ 250.00 |